BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00125 TLN |
| Plaintiff, | |
| v. | **AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM MAY 1, 2013, TO JULY 11, 2013** |
| JONATHAN JERALD CZUBAESZEWSKI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 1, 2013 before the Honorable Kimberly J. Mueller. By order of the Court, this case was reassigned to the Honorable Troy L. Nunley

2. On April 22, 2013, the parties filed a stipulation and proposed order asking that the case be continued to June 27, 2013, for further status. The Court did not act upon this stipulation and proposed order.

3. The parties now file this amended stipulation and proposed order asking to continue the status conference until July 11, 2013, and to exclude time between May 1,

1 | 2013, and July 11, 2013, under Local Code T4.

2 | 4. The parties agree and stipulate, and request that the Court find that:

a. the continuance is necessary in light of the reassignment in order to insure continuity of counsel, and that the failure to grant the above-requested continuance would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

b. The government does not object to the continuance.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of May 1, 2013 to July 11, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 24, 2013				Respectfully Submitted,

						BENJAMIN B. WAGNER
						United States Attorney

					By:	*/s/ Kyle Reardon*
						KYLE REARDON
						Assistant U.S. Attorney

Dated: April 24, 2013				*/s/ Kyle Reardon* for
						DAVID W. DRATMAN
						Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN JERALD CZUBASZEWSKI,<br><br>　　　　Defendant. | CASE NO. 2:11-CR-00125 TLN<br><br>**[ORDER CONTINUING STATUS CONFERENCE FROM MAY 1, 2013, UNTIL JULY 11, 2013** |

The parties' stipulation is approved and so ordered. The time beginning May 1, 2013, until July 11, 2013, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: April 29, 2013

_____
Troy L. Nunley
United States District Judge