BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN JERALD CZUBAESZEWSKI, <br><br> Defendant. | CASE NO. 2:11-CR-00125 TLN <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JULY 11, 2013, TO SEPTEMBER 5, 2013** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 11, 2013 before the Honorable Troy L. Nunley.

2. By this stipulation, the parties now move to continue the status conference until September 5, 2013 at 9:30 a.m., and to exclude time between July 11, 2013, and September 5, 2013 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find that:

    a. The parties are actively investigating the case and working to resolve the matter appropriately. To that end, the defendant has agreed to plead in state court. The

United States does not oppose this resolution and will dismiss its case following entry of plea and sentencing. The requested continuance is necessary to allow for entry of that plea and sentencing.

      b. The failure to grant the above-requested continuance would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c. The government does not object to the continuance.

      d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of July 11, 2013 to September 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 3, 2013                                       Respectfully Submitted,

                                                          BENJAMIN B. WAGNER
                                                          United States Attorney

                                         By:    */s/ Kyle Reardon*
                                                          KYLE REARDON
                                                          Assistant U.S. Attorney

Dated: July 3, 2013                                       */s/ Kyle Reardon* for
                                                          DAVID W. DRATMAN
                                                          Attorney for the Defendant

2                                           Stipulation and Proposed Order
                                           United States v. Czubaszewski
                                           2:11-CR-00125 TLN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JERALD CZUBASZEWSKI,<br><br>Defendant. | CASE NO. 2:11-CR-00125 TLN<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM JULY 11, 2013, UNTIL SEPTEMBER 5, 2013** |

The parties' stipulation is approved and so ordered. The time beginning July 11, 2013, until September 5, 2013, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: July 10, 2013

Troy L. Nunley
United States District Judge