BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00125 TLN |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |
| JONATHAN JERALD CZUBASZEWSKI, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment against defendant JONATHAN JERALD CZUBASZEWSKI in the above-captioned matter.

On September 4, 2013, the defendant was sentenced in Placer County Superior Court for a violation of California Penal Code Section 311.11. Accordingly, federal prosecution is no longer warranted.

///

///

///

///

The United States also asks that the status conference set for September 19, 2013, be vacated.

DATED: September 6, 2013                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                   By:     */s/ Kyle Reardon*
                                           KYLE REARDON
                                           Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-00125 TLN |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JONATHAN JERALD CZUBASZEWSKI, | ) | |
| Defendant. | ) | |

The United States' motion to dismiss the pending indictment against defendant JONATHAN JERALD CZUBASZEWSKI in case number 2:11-CR-00125 TLN is granted. The status conference set for September 19, 1013, is hereby vacated.

Dated: September 6, 2013

_____
Troy L. Nunley
United States District Judge